UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUADALUPE SIXTOS CHAVEZ; JUAN MANUEL HERNANDEZ DIAZ; and JESUS HERRERA TORRES,<br><br>Petitioners,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No.: 3:25-cv-02325-CAB-SBC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>[Doc. No. 21] |

Petitioners filed a notice of voluntary dismissal without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) following their release from immigration detention. [Doc. No. 21.] <u>The Clerk of the Court shall close the case</u>.

It is **SO ORDERED.**

Dated: January 23, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge